James L. McCann, Appellant, *v.* James D. Barger, Commissioner, Pennsylvania State Police, Appellee.

Argued December 4, 1973, before Judges Crumlish, Jr., Kramer, Wilkinson, Jr., Mencer, Rogers and Blatt. President Judge Bowman did not participate.

*William R. Bernhart,* with him *Frederick J. Georgi* and *Austin, Speicher, Boland, Connor & Giorgi,* for appellant.

*J. Andrew Smyser,* Deputy Attorney General, with him *Benjamin Lerner,* Deputy Attorney General, and *Israel Packel,* Attorney General, for appellee.

Opinion by Judge Rogers, January 11, 1974:

James L. McCann, an enlisted member of the Pennsylvania State Police, commissioned a Lieutenant on September 21, 1972, here appeals from a personnel order of the Commissioner of the Pennsylvania State Police made May 2, 1973, without Court-Martial, reducing McCann's rank to that of Trooper. The appellant asserts that he is entitled to be heard by court-martial. The Commissioner's action was based upon the asserted violations by former high ranking officers of the Force of regulations which, if observed, would here render McCann ineligible to take the examination for Lieutenant, his passing of which was a requisite to commissioning. It is the position of the Commissioner, upon the advice of a Deputy Attorney General, that a court-martial was not required in these circumstances and that the allegedly improper commissioning could be set aside by

administrative order. The law is plainly to the contrary. Section 205(e) of the Administrative Code of 1929, as amended, Act of April 9, 1929, P. L. 177, 71 P.S. §65(e) provides: "*No enlisted member* of the Pennsylvania State Police *shall be* dismissed from service or *reduced in rank except by action of a Court-Martial* held upon the recommendation of the Commissioner of the Pennsylvania State Police and the Governor."[1] (Emphasis supplied.)

We therefore make the following

### ORDER

And now, this 11th day of January, 1974, the appeal of Lieutenant James L. McCann is sustained; the record is remanded to the Commissioner of the Pennsylvania State Police for such further action in compliance with law as the Commissioner shall deem appropriate.

---

[1] The Commissioner's personnel order here appealed from reads: "*Lieutenant* James L. McCann, Troop "S", Milesburg, *is hereby reduced in rank* to the grade of Trooper." (Emphasis supplied.)